IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE LEE WEBB, JR., | : |
| | : |
| Plaintiff, | : |
| | : JURY TRIAL DEMANDED |
| vs. | : |
| | : |
| COLUMBIA COUNTY, | : |
| COLUMBIA COUNTY CHILDREN AND | : |
| YOUTH SERVICES, | : |
| APRIL M. MILLER AND | : |
| BRITTANY BOYER | : |
| | : |
| Defendants | : No: 4:22-cv-00292-MWB |
| | : |

## STATUS REPORT OF THE PLAINTIFF REGARDING SERVICE

1. The Summons in a Civil action, the Civil Cover Sheet, the Civil Complaint, the Notice of a Lawsuit and Request to Waive Service of Summons and the Waiver of Service of Summons were all served upon the Defendants by the Plaintiff.

2. Attorney Gerard J. Geiger has entered his appearance in the matter, on behalf of all Defendants.

3. Waivers of Service forms executed by counsel for the Defendants were filed of record in this case on March 16, 2022.

4. The Defendants' Answer or other pleading is due April 28, 2022.

**Dated this 30th day of March, 2022.**

*Andrew J. Katsock, III* /s/
_____
**ANDREW J. KATSOCK, III, Esquire
Attorney for the Plaintiff
15 Sunrise Drive
Wilkes-Barre, PA  18705
(570) 829-5884
ajkesq@comcast.net**

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSE LEE WEBB, JR.,** | : |
| | : |
| Plaintiff, | : |
| | : **JURY TRIAL DEMANDED** |
| vs. | : |
| | : |
| **COLUMBIA COUNTY,** | : |
| **COLUMBIA COUNTY CHILDREN AND** | : |
| **YOUTH SERVICES,** | : |
| **APRIL M. MILLER AND** | : |
| **BRITTANY BOYER** | : |
| | : |
| Defendants | : No: 4:22-cv-00292-MWB |
| | : |

## CERTIFICATE OF SERVICE
_____

I, ANDREW J. KATSOCK, III, hereby certify that I am of such age and discretion as to be competent to serve papers. I further certify that on this date I caused a copy of the STATUS REPORT OF THE PLAINTIFF REGARDING SERVICE was served by E-Filing (CM/ECF), addressed to:

Gerard J. Geiger, Esquire
Newman Williams
712 Monroe Street
Stroudsburg, PA 18360

**Dated this 30th day of March, 2022.**

*Andrew J. Katsock, III* /s/

_____
**ANDREW J. KATSOCK, III, Esquire
Attorney for the Plaintiff
15 Sunrise Drive
Wilkes-Barre, PA  18705
(570) 829-5884
ajkesq@comcast.net**