IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSIE LEE WEBB, JR., | No. 4:22-CV-00292 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| COLUMBIA COUNTY, *et al.*, | |
| Defendants. | |

# ORDER

**OCTOBER 5, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Partial Motion to Dismiss (Doc. 7) is **GRANTED IN PART** and **DENIED IN PART**:

1. Counts III (IIED claim) and IV (right-to-travel claim) of Webb's Complaint are **DISMISSED WITHOUT PREJUDICE**. If Webb elects to plead over on Counts III and IV, he must file an amended pleading on or before October 19, 2022.

2. Count V (IIED vicarious liability claim) is **DISMISSED WITH PREJUDICE**.

3. Any demands for punitive damages from Defendants Columbia County and Columbia County Children and Youth Services are **STRICKEN**.

4. Defendant's Partial Motion to Dismiss is **DENIED** with respect to Count II against Columbia County Children and Youth Services.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge