# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE LEE WEBB, JR., | No. 4:22-CV-00292 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| COLUMBIA COUNTY, *et al.*, | |
| Defendants. | |

## ORDER

### DECEMBER 27, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. 22) is **GRANTED**;

2. Final Judgment is entered in favor of Columbia County, Columbia County Children and Youth Services, Brittany Boyer, and April Miller and against Jesse Webb; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge